HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JASON DAVID NESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON DAVID NESS,<br><br>    Defendant. | Case No.  6:13-mj-00053 MJS<br><br>DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY FOR CHANGE OF PLEA; ORDER<br><br>Date:   January 14, 2014<br>Time:  10:00 a.m.<br>Judge:  Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant, Jason Ness, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone for a change of plea hearing and sentencing.  Defendant agrees that his interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Mr. Ness resides in Southern California.  He has entered into a plea agreement with the government, and at the hearing scheduled for January 14, 2014, intends to enter a guilty plea to Count 3 in the Second Amended Complaint.  The defense expects that the government will dismiss the remaining counts at the time of sentencing.  An executed Change of Plea Agreement

-1-

is attached to this motion as Defendant's Exhibit A.  Accordingly, Mr. Ness requests that the Court reset the trial confirmation hearing to a change of plea hearing.  **The government does not object to Mr. Ness appearing via the telephone**.


Dated:  December 13, 2013            Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                     Federal Defender


                                                     */s/ Jerome Price*
                                                     JEROME PRICE
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     JASON DAVID NESS


## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's  January 14, 2014, personal appearance may be waived and he may appear telephonically and enter his plea at that time in accordance with the written plea agreement attached as exhibit A to this motion.

IT IS SO ORDERED.

Dated:  **December 16, 2013**            /s/ *Michael J. Seng*
                                                                        UNITED STATES MAGISTRATE JUDGE